IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DEONTA TURNER,                    )
                                  )
     Plaintiff,                   )
                                  )     CIVIL ACTION NO.
     v.                           )       2:26cv168-MHT
                                  )           (WO)
WARDEN HEADLY, et al.,            )
                                  )
     Defendants.                  )

## JUDGMENT

In accordance with the order entered today, it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed without prejudice for failure to prosecute and follow a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of April, 2026.

　　　　/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE